478 A.2d 118

Commonwealth v. McKeithan, Appellant.

Petition for Allowance of Appeal
Denied Oct. 17, 1984.

Submitted April 2, 1984.
Marlene Cooperman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order denying P.C.H.A. relief affirmed.

478 A.2d 118

Commonwealth v. Morrison, Appellant.

Submitted April 16, 1984.  B. Fincourt Shelton, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.